# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BLAKE BRACKETT,**
Appellant,

v.

**CHERYL ANN OSBORN** n/k/a **CHERYL ANN KENNEY**
Appellee.

No. 4D21-1865

[December 16, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502018DR005355.

Craig A. Boudreau, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***